# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:09-CR-0255-KJD-GWF |
| v. | **ORDER** |
| VICTOR LARA-GONZALEZ, | |
| Defendant. | |

Presently before the Court is Defendant's Motion for a Sentence Reduction under Amendment 782 of 18 U.S.C. § 3582(c) (#32). Also before the Court is Defense Counsel's Motion to Withdraw as Attorney (#35). Here, the Court finds that Defendant is ineligible for a sentence reduction pursuant to § 3582(c), Amendment 782, and U.S.S.S.G. § 1B1.10, effective November 1, 2014, because Defendant was sentenced to the mandatory minimum sentence required by the offense of conviction as to Count II. He is ineligible for any further reduction. Therefore, the Court denies Defendant's motion for a sentence reduction. Furthermore, having read and considered the motion to withdraw, and good cause being found, it is granted.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for a Sentence Reduction under Amendment 782 of 18 U.S.C. § 3582(c) (#32) is **DENIED**;

IT IS FURTHER ORDERED that Defense Counsel's Motion to Withdraw as Attorney (#35) is **GRANTED**.

DATED this 28th day of July 2015.

_____
Kent J. Dawson
United States District Judge